

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-14-00922-CV

John E. **RODARTE**, Sr.,
Appellant

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12625
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

By order dated August 31, 2015, this court denied appellant's motion to strike the appellee's brief and granted the appellee's motion for extension of time to file its brief. On September 8, 2015, appellant filed an additional "notice of complaint" which we have construed as a motion to reconsider our prior order. Appellant's motion is DENIED.

It is so **ORDERED** on September 23, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court